# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00529-CR

**Mark Anthony Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-525, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In the above cause, appellant's brief was first due on January 19, 2017. Appellant's counsel has now filed his second motion for extension of time to file appellant's brief, seeking an extension until May 12, 2017, for a total extension of 123 days. We grant the motion and ORDER counsel to file appellant's brief no later than the following Monday, May 15, 2017. No further extensions will be granted. If counsel fails to file a brief by the deadline, a hearing before the district court will be ordered.[1]

It is ordered on April 28, 2017.

Before Justices Puryear, Pemberton, and Goodwin

Do Not Publish

---

[1] *See* Tex. R. App. P. 38.8(b).